UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jose Mainor Alexander Sanchez Cruz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:25-cv-13347 |
| v. ) | |
| ) | |
| Kristi Noem, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL (Dkt. 5)**

Upon consideration of Plaintiff's Unopposed Motion for Leave to Proceed Without Local Counsel or other responsive pleading, (Dkt. 5), it is hereby ORDERED that:

Plaintiff's motion is GRANTED; and it is further ORDERED that:

Plaintiff is GRANTED leave to proceed without local counsel pursuant to Local Rule 83.20(f).

**SO ORDERED.**

Dated: November 12, 2025　　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge